■ In the Matter of ED'S BAY PUB, INC., Appellant, v RICHARD M. MATHEW et al., Respondents. [624 NYS2d 933]

—Appeal by the petitioner from a judgment of the Supreme Court, Suffolk County (Lama, J.), dated June 24, 1993.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Lama at the Supreme Court. Sullivan, J. P., Hart, Friedmann and Krausman, JJ., concur.